IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00515-MSK-MEH

RANDY MCKOWN,

      Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut foreign corporation, and
CORRECTIONS CORPORATION OF AMERICA LONG TERM DISABILITY PLAN, an ERISA
      welfare benefit plan,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2009.**

      Defendants' Unopposed Motion to Vacate Settlement Conference [filed July 15, 2009; docket #29] is **granted**. The Settlement Conference currently scheduled for July 22, 2009 is **vacated**. Counsel for the parties shall conference together and call my Chambers to obtain an alternate date for a settlement conference **on or before July 24, 2009**.